**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILINOIS**

| TENIYA BOOKER AND JESSICA MEYER,<br><br>Plaintiffs,<br><br>v.<br><br>BUDHAGIRL, LLC,<br><br>Defendant. | Civil Action No. 1:26-cv-03644 |
| --- | --- |

**NOTICE OF SETTLEMENT**

Plaintiffs Teniya Booker and Jessica Meyer hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Budhagirl, LLC The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: May 26, 2026 Respectfully Submitted,


*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, PA 15228

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this May 26, 2026.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet